UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:21-CV-02244-CAS-KSx | Date | March 19, 2021 |
|---|---|---|---|
| Title | CHRIS OLSON v. RENEWABLE ENERGY GROUP, INC. ET AL | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Not Present                              Not Present

**Proceedings:**   (IN CHAMBERS) - ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) (Dkt. 10, filed on March 19, 2021)

On March 12, 2021, plaintiff Chris Olson filed this putative class action against defendants Renewable Energy Group, Inc. ("Renewable Energy"); Randolph L. Howard, Renewable Energy's former Chief Executive Officer ("CEO"); Cynthia J. Warner, Renewable Energy's current CEO; Chad Stone, Renewable Energy's former Chief Financial Officer ("CFO"); and Todd Robinson, Renewable Energy's current CFO. See dkt. 1 ("Compl."). According to the Complaint, Renewable Energy is North America's largest producer of advanced biofuels. Id. ¶ 2. Plaintiff alleges that defendants made materially false and misleading statements, and failed to disclose material facts about the company's business. Id. ¶ 6. These statements and omissions related to Renewable Energy's improper claiming of biodiesel tax credits. Id. The proposed class is all persons or entities who purchased or acquired Renewable Energy securities between May 3, 2018, and February 25, 2021. Id. ¶ 1. The Complaint alleges claims for (1) violation of Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5; and (2) violation of Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a). Id. ¶¶ 76–90. The case is currently before the Honorable James V. Selna, United States District Judge. Dkt. 5.

In the civil cover sheet, plaintiff stated that this case arose from the same or a closely related transaction, happening or event as United States of America v. Real Property Located In Los Angeles, California, No. 2:21-cv-01832-CAS-KS (C.D. Cal.) ("Real Property"), which is currently before this Court. Dkt. 2 at 3. Plaintiff apparently later corrected this statement and stated that this case arose from the same or a closely related transaction, happening or event as Fiduciary Trust International of California et al v. Tower

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:21-CV-02244-CAS-KSx | Date | March 19, 2021 |
|---|---|---|---|
| Title | CHRIS OLSON v. RENEWABLE ENERGY GROUP, INC. ET AL | | |

Park Properties LLC, No. 2:13-cv-01518-CAS (C.D. Cal.) ("Tower Park"), which was previously before this Court.[1]  Tower Park was an appeal from a bankruptcy proceeding, involving various entities and transactions, and centering around a piece of real property in Beverly Hills, California.  Id., dkt. 13 at 5.

On March 19, 2021, this Court accepted the transfer and the case was transferred accordingly.  Dkt. 10.  Nevertheless, the Court observes that, on the face of the pleadings, there is no overlap of parties, events, or legal theories between this case and Tower Park.  The Court therefore **ORDERS** plaintiff **to SHOW CAUSE** why this case is related to Tower Park.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |

---

[1] Real Property and Tower Park are related cases.  Real Property, dkt. 8.