UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL     'O'

| Case No. | 2:21-cv-02244-CAS-ADSx | Date | June 7, 2021 |
|---|---|---|---|
| Title | CHRIS OLSON v. RENEWABLE ENERGY GROUP, INC. ET AL | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:
Ivy Ngo
David Stone
Lawrence Eagle

Attorneys Present for Defendants:
Susan Muck

**Proceedings:** MOTION TO TRANSFER VENUE OR STAY PURSUANT TO FIRST-TO-FILE RULE, OR IN THE ALTERNATIVE, 28 U.S.C. § 1404(A) (Dkt. 27, filed on May 5, 2021)

NOTICE OF MOTION OF VALERIE JOLLY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL (Dkt. 17, filed on May 3, 2021)

NOTICE OF MOTION OF JEFF BUGELLI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL (Dkt. 18, filed on May 3, 2021)

NOTICE OF MOTION AND MOTION OF APRIL GREIG AND RICHARD WACEK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL (Dkt. 23, filed on May 3, 2021)

Having determined to transfer this action to the United States District Court for the Southern District of New York for further proceedings, the Court hereby **DENIES without prejudice** movants' motions as moot. The Court will issue the transfer order forthwith.

IT IS SO ORDERED.

|  | 00 : 05 |
|---|---|
| Initials of Preparer | CMJ |